```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19105
    CATHERINE A WHITE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-4570


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/16/2007 and was confirmed 01/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 02/02/2009.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
NATIONWIDE LOANS LIMITED SECURED VEHIC    1268.56          23.10        1268.56
CAPITAL ONE              UNSECURED        1139.75            .00         274.58
HOMEQ SERVICING CORPORAT CURRENT MORTG       .00             .00            .00
HOMEQ SERVICING CORPORAT MORTGAGE ARRE       .00             .00            .00
BARCLAYS CAPITAL REAL ES CURRENT MORTG       .00             .00            .00
BARCLAYS CAPITAL REAL ES MORTGAGE ARRE       .00             .00            .00
BARCLAYS CAPITAL REAL ES NOTICE ONLY    NOT FILED            .00            .00
CAPITAL ONE              UNSECURED      NOT FILED            .00            .00
CREDIT PROTECTION        UNSECURED      NOT FILED            .00            .00
ILLINOIS COLLECTION SE   UNSECURED      NOT FILED            .00            .00
MEDICAL COLLECTIONS SYS  UNSECURED      NOT FILED            .00            .00
MIDLAND CREDIT MANAGEMEN UNSECURED      NOT FILED            .00            .00
WEST ASSET MANAGEMENT    UNSECURED      NOT FILED            .00            .00
HOMEQ SERVICING CORPORAT NOTICE ONLY    NOT FILED            .00            .00
DANIEL J WINTER          DEBTOR ATTY     3,154.00                       3,154.00
TOM VAUGHN               TRUSTEE                                          401.76
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               5,122.00

PRIORITY                                         .00
SECURED                                     1,268.56
    INTEREST                                   23.10
UNSECURED                                     274.58
ADMINISTRATIVE                              3,154.00
TRUSTEE COMPENSATION                          401.76
DEBTOR REFUND                                    .00
                    ---------------     ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 19105 CATHERINE A WHITE
```

```
TOTALS                               5,122.00            5,122.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 03/05/09                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```